UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELLEN BROOKS,<br><br>    Plaintiff,<br><br>  vs.<br><br>RUTHE GOMEZ, et al.,<br><br>    Defendants. | Case No: C 10-01873 SBA<br><br>**ORDER**<br><br>[Docket No. 8] |

Presently before the Court is Defendant Legent Clearing LLC's ("Legent") Application for Order to Show Cause and Request to Extend Dates. (Docket No. 8.) By its Application, Legent requests that this Court issue an Order to Show Cause as to why this action should not be dismissed on the ground that Plaintiff has failed to file an amended complaint as required by the parties' May 7, 2010 stipulation. Legent also requests an order extending the date of the Case Management Conference, which is currently scheduled for September 2, 2010, so that the parties can have sufficient time to prepare for the conference should Plaintiff file her amended complaint. On August 25, 2010, Plaintiff filed an amended complaint. Accordingly,

   IT IS HEREBY ORDERED THAT:

   1.    Legent's Application for Order to Show Cause is DENIED as moot.

   2.    Legent's Request to extend the Case Management Conference is GRANTED. The Case Management Conference currently scheduled for September 2, 2010 at 2:45 p.m. is CONTINUED to **October 13, 2010 at 3:00 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the

1 | conference call. All parties shall be on the line and shall call (510) 637-3559 at the above
2 | indicated date and time.
3 |       3. This order terminates Docket No. 8.
4 | IT IS SO ORDERED.
5 | Dated: 8/30/10

                                                    SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge