**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**OAKLAND DIVISION**

| | |
|---|---|
| ELLEN BROOKS, | ) U.S. DIST. CT. CASE NO. C10-01873 SBA |
| Plaintiff, | ) **ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT** |
| vs. | ) |
| RUTHE GOMEZ, AN INDIVIDUAL, ADVISORY FINANCIAL CONSULTANTS, INC., A CORPORATION, KIMBLE MASON, AN INDIVIDUAL, GEORGE DRAGEL, AN INDIVIDUAL, TRADERIGHT SECURITIES, INC., A CORPORATION, LEGENT CLEARING, LLC AND DOES 1 THROUGH 20, | ) **(CIVIL LOCAL RULE 6-2)** |
| Defendants. | ) |

TO PLAINTIFF ELLEN BROOKS, DEFENDANTS LEGENT CLEARING, LLC, RUTHE GOMEZ, AND ADVISORY FINANCIAL CONSULTANTS, INC., AND ALL OTHER INTERESTED PARTIES:

The Court having considered Plaintiff Ellen Brooks and Defendants Legent Clearing, LLC, Ruthe Gomez and Advisory Financial Consultants, Inc.'s Stipulation to Continue Hearing on Defendants' Motions to Dismiss Second Amended Complaint, pursuant to Civil Local Rules 6-2,

**IT IS HEREBY ORDERED** that the hearing date for Defendants' respective Motions to Dismiss, Docket 28 and Docket 30, shall be continued from September 27, 2011 to the next available date of October 18, 2011 at 1:00 p.m.

DATE: _JULY 7, 2011

*[signature]*
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT