UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELLEN BROOKS,<br><br>        Plaintiff,<br><br>   vs.<br><br>RUTH GOMEZ, et al.,<br><br>        Defendants. | Case No:  C 10-1873 SBA<br><br>**ORDER**<br><br>Dkt. 28, 30, 43 |

Pursuant to the Stipulation to Stay Proceedings Ninety Days, Docket 43,

IT IS HEREBY ORDERED THAT that this action is stayed for ninety (90) days and the motions to dismiss currently pending before the Court, Dockets 28 & 30, are deemed withdrawn without prejudice to refiling the motions within thirty (30) days after the date that the stay is lifted.  This Order terminates Docket Nos. 28 and 30.

 A Case Management Conference is scheduled for November 2, 2011 at 2:30 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call. On the specified date and time for the Case Management Conference, Plaintiff shall call (510) 637-3559 with all parties on the line.

IT IS SO ORDERED.

Dated: August 4, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge