UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ELLEN BROOKS,<br><br>        Plaintiff,<br><br>    vs.<br><br>RUTHE GOMEZ, an individual, ADVISORY FINANCIAL CONSULTANTS, INC. a Corporation, TRADERIGHT SECURITIES, INC. a Corporation, and DOES 1 THROUGH 20.<br><br>        Defendants. | Case No. C10-01873 SBA<br><br>STIPULATION AND PROPOSED ORDER |

Plaintiff Ellen Brooks ("Brooks") and Defendants Ruthe Gomez ("Gomez") and Advisory Financial Consultants, Inc. ("AFC," collectively "Defendants") hereby stipulate that Defendants shall file their Answer to the Plaintiffs' Third Amended Complaint by March 20, 2013.

Dated: March 14, 2013                          LAW OFFICES OF MARK VENARDI

                                                 /s/Mark L. Venardi
                                                 Mark L. Venardi, Esq.
                                                 Attorney for Plaintiff

Dated: March 14, 2013                          BALDWIN LAW GROUP

                                                 /s/Christopher Mader
                                                 Christopher Mader, Esq.
                                                 Attorney for Defendants

IT IS SO ORDERED.

Date: 3/15/13                                         _/s/ Saundra B. Armstrong_
                                                      Honorable Saundra Brown Armstrong

1