UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ELLEN BROOKS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RUTHE GOMEZ, an individual, ADVISORY FINANCIAL CONSULTANTS, INC. a Corporation, TRADERIGHT SECURITIES, INC. a Corporation, and DOES 1 THROUGH 20.<br><br>　　　　Defendants. | Case No. **C10-01873** SBA<br><br>**STIPULATION AND PROPOSED ORDER** |

Plaintiff Ellen Brooks ("Brooks") and Defendants Ruthe Gomez and Advisory Financial Consultants, Inc. (collectively "Defendants") hereby stipulate that Defendants shall file their Answer to the Plaintiffs' Third Amended Complaint by March 25, 2013.

Dated: March 20, 2013                                   LAW OFFICES OF MARK VENARDI

                                                        */s/Mark L. Venardi*
                                                        Mark L. Venardi, Esq.
                                                        Attorney for Plaintiff

Dated: March 20, 2013                                   BALDWIN LAW GROUP

                                                        */s/Christopher Mader*
                                                        Christopher Mader, Esq.
                                                        Attorney for Defendants

IT IS SO ORDERED.

Date: 3/21/13                                           _____
                                                        Honorable Saundra Brown Armstrong